UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CEDRIC RICHMOND AND RAQUEL RICHMOND | CIVIL ACTION |
| v. | NO. 18-7453 |
| NATIONAL GYPSUM SERVICES COMPANY, ET AL. | SECTION "F" |

ORDER AND REASONS

Before the Court is the plaintiffs' request for oral argument on their motion to remand, which is presently noticed for submission on October 3, 2018. The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

1

Because the plaintiffs' motion to remand does not involve any of the above factors, IT IS ORDERED: that the plaintiffs' request for oral argument is DENIED.[1]

New Orleans, Louisiana, September 10, 2018

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] In support of their request for oral argument, the plaintiffs allege that their motion to remand raises complex issues. However, the issues raised in the motion -- whether the allegations satisfy the jurisdictional amount in controversy required for this Court to exercise diversity jurisdiction and whether the in-state defendant was fraudulently joined -- are not sufficiently complex to justify oral argument.